USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/6/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, LLC,

Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,

Defendants.

Civil Action No. 26-cv-5428

**ORDER DEEMING SERVICE OF PROCESS EFFECTUATED BY E-MAIL**

Upon consideration of Plaintiff's Motion for an Order to Deem Service of Process Effectuated by E-Mail filed by National Association for Stock Car Auto Racing, LLC, the supporting memorandum, the Declaration of Yingchun Hou and Exhibit 1, the record in this action, and for good cause shown, the Court finds as follows:

1. Plaintiff hired investigators in China through Panoramic Consulting Limited to conduct a multi-source, Defendant-specific investigation into the physical addresses of the Defendants, including review of seller and entity information, searches of business-registration and public-information sources, mapping and location searches, telephone calls and text messages where contact information was available, and additional follow-up concerning stale, conflicting, inactive, or incomplete address information. The investigators determined that the available physical addresses are not servable.

2. The investigation identified the remaining 187 Defendants as located in China. As to each Defendant identified in Schedule A, Plaintiff exercised reasonable diligence, but the

Defendants' physical addresses remain unknown for purposes of Article 1 of the Hague Service Convention.

3. Because the address of each Defendant is not known within the meaning of Article 1 of the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, the Convention does not apply and therefore does not prohibit service under Federal Rule of Civil Procedure 4(f)(3).

4. On July 9, 2026, the Court granted electronic service at Dkt. No. 17. Platforms supplied a specific e-mail address associated with each Defendant's seller account, and on July 31, 2026, Plaintiff used those addresses to transmit electronic notice and a link to the case-specific website containing the Complaint, TRO, signed orders, and related papers.

5. Under the circumstances, the completed service using platform-supplied, seller-account-associated e-mail addresses, together with a case-specific webpage containing the relevant papers, was reasonably calculated to apprise the Defendants of this action and satisfied due process.

**IT IS HEREBY ORDERED:**

1. Plaintiff's Motion is GRANTED as to the 187 Defendants identified in Schedule A.

2. Pursuant to Federal Rule of Civil Procedure 4(f)(3) and, to the extent applicable, Rule 4(h)(2), service of process by e-mail is deemed effectuated on July 31, 2026, as to the 187 Defendants identified in Schedule A.

3. This relief is limited to transmissions to the applicable platform-supplied, seller-account-associated e-mail addresses that did not generate a hard bounce, affirmative non-delivery

notice, or other indication of failed delivery. Plaintiff shall preserve the transmission and delivery records supporting service.

4. Any transmission that generated a hard bounce, affirmative non-delivery notice, or other indication of failed delivery is not deemed effective service, and Plaintiff may seek appropriate further relief.

5. Plaintiff has filed proof of service and shall preserve the records identifying the date and electronic address used for each Defendant served.

6. This Order is without prejudice to Plaintiff seeking further relief concerning any transmission that is not deemed effective service under this Order.

The Clerk of Court is respectfully directed to terminate the motion at EFC No. 36.

**SO ORDERED.**

Dated: October 6, 2026
New York, New York

Judge Analisa Torres
UNITED STATES DISTRICT JUDGE

**SCHEDULE A: DEFENDANTS AND SERVICE METHOD USED**

| Doe No. | Seller Alias | Platform | Service Method |
|---|---|---|---|
| 1 | DIY Neon Signs | Domain | Email |
| 2 | DISMISSED | DISMISSED | DISMISSED |
| 3 | DISMISSED | DISMISSED | DISMISSED |
| 4 | DISMISSED | DISMISSED | DISMISSED |
| 5 | LILY Light | Amazon | Email |
| 6 | LWJ ART SHOP | Amazon | Email |
| 7 | NeoLighted Bar | Amazon | Email |
| 8 | DISMISSED | DISMISSED | DISMISSED |
| 9 | DISMISSED | DISMISSED | DISMISSED |
| 10 | DISMISSED | DISMISSED | DISMISSED |
| 11 | DISMISSED | DISMISSED | DISMISSED |
| 12 | FLINT STORE | Walmart | Email |
| 13 | jianlongzhang | Walmart | Email |
| 14 | StrongTide | Walmart | Email |
| 15 | TEE-S | Walmart | Email |
| 16 | DISMISSED | DISMISSED | DISMISSED |
| 17 | A Style Society | Temu | Email |
| 18 | ADAN wardrobe | Temu | Email |
| 19 | Ahoooya | Temu | Email |
| 20 | Allmatch Wear Institute | Temu | Email |
| 21 | Altaic Tiger | Temu | Email |
| 22 | Attire Space | Temu | Email |
| 23 | Aurora Style | Temu | Email |
| 24 | Avantgarde Attire Apparel | Temu | Email |
| 25 | Awwply | Temu | Email |
| 26 | Baoming TS | Temu | Email |
| 27 | Baosu TT Shirt | Temu | Email |
| 28 | Bare Performance | Temu | Email |
| 29 | beautiful teenager clothes | Temu | Email |
| 30 | Bengal Tiger | Temu | Email |
| 31 | BIG Treasure Clothes | Temu | Email |
| 32 | Blake DIY | Temu | Email |
| 33 | BlockBeats Apparel | Temu | Email |
| 34 | BloomBasic | Temu | Email |
| 35 | Blossom Avenue | Temu | Email |
| 36 | Bonhomia | Temu | Email |
| 37 | Cats Hat Shop | Temu | Email |
| 38 | CGYRT | Temu | Email |

| Doe No. | Seller Alias | Platform | Service Method |
|---|---|---|---|
| 39 | CGYTX | Temu | Email |
| 40 | CMICHAELXDC | Temu | Email |
| 41 | cmyhub | Temu | Email |
| 42 | Colds dews | Temu | Email |
| 43 | Cozy Couture | Temu | Email |
| 44 | CozyCotton Guyz | Temu | Email |
| 45 | Cshaojie | Temu | Email |
| 46 | Cxuehua | Temu | Email |
| 47 | Design F U | Temu | Email |
| 48 | Diy Fashion Cap | Temu | Email |
| 49 | DIY Sub Gift | Temu | Email |
| 50 | DIY Theyellow Girgge | Temu | Email |
| 51 | DYIQWJHB | Temu | Email |
| 52 | Elephant ANG | Temu | Email |
| 53 | Essento ke | Temu | Email |
| 54 | Everyones clothing | Temu | Email |
| 55 | Expressive Threads | Temu | Email |
| 56 | EYE CATCHING T | Temu | Email |
| 57 | Fashion Harbor PH | Temu | Email |
| 58 | Fashion PT shirt | Temu | Email |
| 59 | FashionBee | Temu | Email |
| 60 | FATODAY | Temu | Email |
| 61 | FeiemKOn | Temu | Email |
| 62 | FoodCraft DIY | Temu | Email |
| 63 | FU CHUN FU SHI SEVENTEEN | Temu | Email |
| 64 | FXLPBB | Temu | Email |
| 65 | FZ VANANC | Temu | Email |
| 66 | GANMIAq | Temu | Email |
| 67 | GANMIAR | Temu | Email |
| 68 | garment home | Temu | Email |
| 69 | GentsGraffitiGarb | Temu | Email |
| 70 | ghsacghjbq | Temu | Email |
| 71 | GlamourShirts | Temu | Email |
| 72 | gongliping | Temu | Email |
| 73 | Goya Mood | Temu | Email |
| 74 | GreenST | Temu | Email |
| 75 | GreenThumb DIY | Temu | Email |
| 76 | GUESS YOU LIKE | Temu | Email |
| 77 | HaoWear | Temu | Email |
| 78 | Hat Planet | Temu | Email |

| Doe No. | Seller Alias | Platform | Service Method |
|---|---|---|---|
| 79 | HONGHUORIZI | Temu | Email |
| 80 | HS LZ FUNNY | Temu | Email |
| 81 | iismilecc | Temu | Email |
| 82 | ISDFO | Temu | Email |
| 83 | Jin Chu | Temu | Email |
| 84 | jinhaotanjiaB | Temu | Email |
| 85 | JJLQ POP | Temu | Email |
| 86 | JunJunBoy | Temu | Email |
| 87 | Kaka Artist | Temu | Email |
| 88 | karutrade | Temu | Email |
| 89 | KPW | Temu | Email |
| 90 | lcqgc shop T | Temu | Email |
| 91 | Leisure showcase | Temu | Email |
| 92 | Leopard Ang | Temu | Email |
| 93 | BlissCanvas | Temu | Email |
| 94 | Hanxin Tee | Temu | Email |
| 95 | HENYIDA AT | Temu | Email |
| 96 | TI BomePod Tees | Temu | Email |
| 97 | Light luxury T | Temu | Email |
| 98 | LINSHAN C | Temu | Email |
| 99 | Love and Youth | Temu | Email |
| 100 | LOVE ZRT | Temu | Email |
| 101 | LUMI CHIC | Temu | Email |
| 102 | luxacres | Temu | Email |
| 103 | Masculine Edge Clothing | Temu | Email |
| 104 | Meadow Makers | Temu | Email |
| 105 | Mens wardrobe four | Temu | Email |
| 106 | mes QQ | Temu | Email |
| 107 | MICHIGANS LOVE | Temu | Email |
| 108 | Mina baseball cap | Temu | Email |
| 109 | Mingningboy | Temu | Email |
| 110 | Modern Fits | Temu | Email |
| 111 | MOUNTSHAN | Temu | Email |
| 112 | Mrs Liu Wu | Temu | Email |
| 113 | Mrs Liu Xia | Temu | Email |
| 114 | NakYhoVO | Temu | Email |
| 115 | NCPVT | Temu | Email |
| 116 | Neon Wolf | Temu | Email |
| 117 | NEWDV Specialty | Temu | Email |
| 118 | Noble Drift | Temu | Email |

| Doe No. | Seller Alias | Platform | Service Method |
|---|---|---|---|
| 119 | Orca Presents | Temu | Email |
| 120 | Outdoor DIY | Temu | Email |
| 121 | PaintParty DIY | Temu | Email |
| 122 | PerGift | Temu | Email |
| 123 | Pookie Hats | Temu | Email |
| 124 | Power Hat Shop | Temu | Email |
| 125 | PrintElement | Temu | Email |
| 126 | PrintSwag | Temu | Email |
| 127 | PrintVibe TEE | Temu | Email |
| 128 | Prosperity S | Temu | Email |
| 129 | QIMI DF | Temu | Email |
| 130 | QIMI WW | Temu | Email |
| 131 | QLMY apparel | Temu | Email |
| 132 | quanjianhaotanH | Temu | Email |
| 133 | REFINED GENTS | Temu | Email |
| 134 | RELAX T | Temu | Email |
| 135 | Richmani | Temu | Email |
| 136 | Roseelandd | Temu | Email |
| 137 | RUTSV | Temu | Email |
| 138 | DISMISSED | DISMISSED | DISMISSED |
| 139 | SEPETA | Temu | Email |
| 140 | SEPETA Y | Temu | Email |
| 141 | shantinglangyuan | Temu | Email |
| 142 | shines shops | Temu | Email |
| 143 | Silent Mary Fashion | Temu | Email |
| 144 | Smart Sphere A | Temu | Email |
| 145 | Snugglew | Temu | Email |
| 146 | SO GIFTS | Temu | Email |
| 147 | South Fashion | Temu | Email |
| 148 | Spiritual Fashion | Temu | Email |
| 149 | STARRY TREND | Temu | Email |
| 150 | Style Edge Center | Temu | Email |
| 151 | SunMenTee | Temu | Email |
| 152 | Sweet Dreams TT | Temu | Email |
| 153 | Tanhua | Temu | Email |
| 154 | Tee Crossroads | Temu | Email |
| 155 | TeeRogue | Temu | Email |
| 156 | THTEE TWO | Temu | Email |
| 157 | TianKo | Temu | Email |
| 158 | Tide FrontStudio | Temu | Email |

| Doe No. | Seller Alias | Platform | Service Method |
|---|---|---|---|
| 159 | Tide Tribe studio | Temu | Email |
| 160 | Tiger Red | Temu | Email |
| 161 | Treasure Local | Temu | Email |
| 162 | Trendy hat supermarket | Temu | Email |
| 163 | TrueNorth Shopping | Temu | Email |
| 164 | TShirt Fashionista | Temu | Email |
| 165 | TThotshopping | Temu | Email |
| 166 | unattended | Temu | Email |
| 167 | Unique designs | Temu | Email |
| 168 | Unique TeeCraft | Temu | Email |
| 169 | Unstd D | Temu | Email |
| 170 | UrbansVogue | Temu | Email |
| 171 | UUJDPP | Temu | Email |
| 172 | Wardrobe Whisper | Temu | Email |
| 173 | Wavelet Tshirt | Temu | Email |
| 174 | Wei Ta Three | Temu | Email |
| 175 | WGOKLOER | Temu | Email |
| 176 | White Freesia | Temu | Email |
| 177 | WJGFJGICVNN | Temu | Email |
| 178 | Wonderful Attire | Temu | Email |
| 179 | WQYHSCC | Temu | Email |
| 180 | WTY TOP | Temu | Email |
| 181 | WUXHS | Temu | Email |
| 182 | xingyaohuaguangK | Temu | Email |
| 183 | xinyaohuaguangG | Temu | Email |
| 184 | Xiubei Rabbit fifteen | Temu | Email |
| 185 | XSSM Plus | Temu | Email |
| 186 | Yafeiko | Temu | Email |
| 187 | yangqingyG | Temu | Email |
| 188 | Yellow Freesia | Temu | Email |
| 189 | YI LU FA | Temu | Email |
| 190 | YLX Fashions | Temu | Email |
| 191 | Yuan Mu Mu Clothing | Temu | Email |
| 192 | Yun Ming one | Temu | Email |
| 193 | Zaylin | Temu | Email |
| 194 | ZenithStar | Temu | Email |
| 195 | ZMHTTI | Temu | Email |
| 196 | ZPYXclothing | Temu | Email |