AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, LLC<br>*Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 26-cv-5428 |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT<br>*Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* See Schedule A attached

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shengmao Mu
Whitewood Law PLLC
57 West 57th Street
3rd and 4th Floors
New York, NY 10019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: July 29, 2026

/S/ S. James
*Signature of Clerk or Deputy Clerk*



**SCHEDULE A**

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 1 | DIY Neon Signs | Domain | diyneonsigns.com |
| 2 | CYMYLARSTORE | Amazon | A7OUQ6M12LAUE |
| 3 | iLuane US | Amazon | A2BOBQQH3GVT7A |
| 4 | Liediti a | Amazon | A2D8XXI2FJPI7W |
| 5 | LILY Light | Amazon | A2VYESW3P6FOR2 |
| 6 | LWJ ART SHOP | Amazon | A17Z56KEQTPBGB |
| 7 | NeoLighted Bar | Amazon | A1PL55QSA2JFI9 |
| 8 | simaier | Amazon | A36XVC3JVXPT97 |
| 9 | SVDpirit Sports Store | Amazon | A36MR80V1J9E1P |
| 10 | Desung | Walmart | 103060783 |
| 11 | Diao | Walmart | 102515184 |
| 12 | FLINT STORE | Walmart | 102894357 |
| 13 | jianlongzhang | Walmart | 102853481 |
| 14 | StrongTide | Walmart | 102912555 |
| 15 | TEE-S | Walmart | 102661517 |
| 16 | ZMT-B-US | Walmart | 101520055 |
| 17 | A Style Society | Temu | 634418218947763 |
| 18 | ADAN wardrobe | Temu | 634418219482908 |
| 19 | Ahoooya | Temu | 634418219680925 |
| 20 | Allmatch Wear Institute | Temu | 634418224183668 |
| 21 | Altaic Tiger | Temu | 634418218335384 |
| 22 | Attire Space | Temu | 634418218247255 |
| 23 | Aurora Style | Temu | 634418220014116 |
| 24 | Avantgarde Attire Apparel | Temu | 634418220039083 |
| 25 | Awwply | Temu | 634418224471212 |
| 26 | Baoming TS | Temu | 634418215585401 |
| 27 | Baosu TT Shirt | Temu | 634418215572287 |
| 28 | Bare Performance | Temu | 634418224651320 |
| 29 | beautiful teenager clothes | Temu | 634418219658246 |
| 30 | Bengal Tiger | Temu | 634418218335665 |
| 31 | BIG Treasure Clothes | Temu | 634418219470557 |
| 32 | Blake DIY | Temu | 634418222608063 |
| 33 | BlockBeats Apparel | Temu | 634418222674569 |
| 34 | BloomBasic | Temu | 634418219590626 |
| 35 | Blossom Avenue | Temu | 634418217702221 |
| 36 | Bonhomia | Temu | 634418219976784 |
| 37 | Cats Hat Shop | Temu | 634418217520131 |
| 38 | CGYRT | Temu | 634418218887863 |
| 39 | CGYTX | Temu | 634418218948964 |
| 40 | CMICHAELXDC | Temu | 634418216173080 |
| 41 | cmyhub | Temu | 634418219907299 |
| 42 | Colds dews | Temu | 634418218562191 |
| 43 | Cozy Couture | Temu | 634418220189648 |
| 44 | CozyCotton Guyz | Temu | 634418220577233 |
| 45 | Cshaojie | Temu | 634418220389056 |
| 46 | Cxuehua | Temu | 634418220507644 |
| 47 | Design F U | Temu | 634418219385750 |
| 48 | Diy Fashion Cap | Temu | 634418220079279 |
| 49 | DIY Sub Gift | Temu | 634418220164048 |

| | | | |
|---|---|---|---|
| 50 | DIY Theyellow Girgge | Temu | 634418220303695 |
| 51 | DYIQWJHB | Temu | 634418220208969 |
| 52 | Elephant ANG | Temu | 634418219019472 |
| 53 | Essento ke | Temu | 634418219618114 |
| 54 | Everyones clothing | Temu | 634418218386327 |
| 55 | Expressive Threads | Temu | 634418219121121 |
| 56 | EYE CATCHING T | Temu | 634418219710215 |
| 57 | Fashion Harbor PH | Temu | 634418219888083 |
| 58 | Fashion PT shirt | Temu | 634418220060814 |
| 59 | FashionBee | Temu | 634418216666978 |
| 60 | FATODAY | Temu | 634418218477868 |
| 61 | FeiemKOn | Temu | 634418220166233 |
| 62 | FoodCraft DIY | Temu | 634418218822773 |
| 63 | FU CHUN FU SHI SEVENTEEN | Temu | 634418213289493 |
| 64 | FXLPBB | Temu | 634418219511372 |
| 65 | FZ VANANC | Temu | 634418218667369 |
| 66 | GANMIAq | Temu | 634418219426356 |
| 67 | GANMIAR | Temu | 634418219426380 |
| 68 | garment home | Temu | 634418218956654 |
| 69 | GentsGraffitiGarb | Temu | 634418212955246 |
| 70 | ghsacghjbq | Temu | 634418220710804 |
| 71 | GlamourShirts | Temu | 634418217956611 |
| 72 | gongliping | Temu | 634418220707904 |
| 73 | Goya Mood | Temu | 634418219578275 |
| 74 | GreenST | Temu | 634418218987327 |
| 75 | GreenThumb DIY | Temu | 634418218803551 |
| 76 | GUESS YOU LIKE | Temu | 634418219255211 |
| 77 | HaoWear | Temu | 634418221497677 |
| 78 | Hat Planet | Temu | 634418218955444 |
| 79 | HONGHUORIZI | Temu | 634418220077349 |
| 80 | HS LZ FUNNY | Temu | 634418220094155 |
| 81 | iismilecc | Temu | 634418223496248 |
| 82 | ISDFO | Temu | 634418221803734 |
| 83 | Jin Chu | Temu | 634418221589645 |
| 84 | jinhaotanjiaB | Temu | 634418219287678 |
| 85 | JJLQ POP | Temu | 634418219635637 |
| 86 | JunJunBoy | Temu | 634418223778647 |
| 87 | Kaka Artist | Temu | 634418220626651 |
| 88 | karutrade | Temu | 634418218588669 |
| 89 | KPW | Temu | 634418218279856 |
| 90 | lcqgc shop T | Temu | 634418224659023 |
| 91 | Leisure showcase | Temu | 634418219022533 |
| 92 | Leopard Ang | Temu | 634418219094518 |
| 93 | BlissCanvas | Temu | 634418217902506 |
| 94 | Hanxin Tee | Temu | 634418222434271 |
| 95 | HENYIDA AT | Temu | 634418222141911 |
| 96 | TI BomePod Tees | Temu | 634418222925309 |
| 97 | Light luxury T | Temu | 634418218599277 |
| 98 | LINSHAN C | Temu | 634418219649819 |
| 99 | Love and Youth | Temu | 634418219884759 |
| 100 | LOVE ZRT | Temu | 634418220082007 |
| 101 | LUMI CHIC | Temu | 634418217741243 |
| 102 | luxacres | Temu | 634418219887904 |

| | | | |
|---|---|---|---|
| 103 | Masculine Edge Clothing | Temu | 634418222700753 |
| 104 | Meadow Makers | Temu | 634418219446808 |
| 105 | Mens wardrobe four | Temu | 634418219763419 |
| 106 | mes QQ | Temu | 634418218874632 |
| 107 | MICHIGANS LOVE | Temu | 634418219861751 |
| 108 | Mina baseball cap | Temu | 634418220487346 |
| 109 | Mingningboy | Temu | 634418220418520 |
| 110 | Modern Fits | Temu | 634418220233292 |
| 111 | MOUNTSHAN | Temu | 634418214470675 |
| 112 | Mrs Liu Wu | Temu | 634418219586044 |
| 113 | Mrs Liu Xia | Temu | 634418219586154 |
| 114 | NakYhoVO | Temu | 634418220162034 |
| 115 | NCPVT | Temu | 634418222795933 |
| 116 | Neon Wolf | Temu | 634418221278721 |
| 117 | NEWDV Specialty | Temu | 634418218205377 |
| 118 | Noble Drift | Temu | 634418220192516 |
| 119 | Orca Presents | Temu | 634418219857290 |
| 120 | Outdoor DIY | Temu | 634418218702836 |
| 121 | PaintParty DIY | Temu | 634418218822552 |
| 122 | PerGift | Temu | 634418222387239 |
| 123 | Pookie Hats | Temu | 634418218987604 |
| 124 | Power Hat Shop | Temu | 634418219428222 |
| 125 | PrintElement | Temu | 634418217573180 |
| 126 | PrintSwag | Temu | 634418217909007 |
| 127 | PrintVibe TEE | Temu | 634418220998849 |
| 128 | Prosperity S | Temu | 634418218214033 |
| 129 | QIMI DF | Temu | 634418218886663 |
| 130 | QIMI WW | Temu | 634418218714798 |
| 131 | QLMY apparel | Temu | 634418218984613 |
| 132 | quanjianhaotanH | Temu | 634418219223305 |
| 133 | REFINED GENTS | Temu | 634418218463293 |
| 134 | RELAX T | Temu | 634418219538804 |
| 135 | Richmani | Temu | 634418219177175 |
| 136 | Roseelandd | Temu | 634418219659992 |
| 137 | RUTSV | Temu | 634418220268139 |
| 138 | Select Fouk | Temu | 634418218488480 |
| 139 | SEPETA | Temu | 634418219459164 |
| 140 | SEPETA Y | Temu | 634418219460725 |
| 141 | shantinglangyuan | Temu | 634418220278663 |
| 142 | shines shops | Temu | 634418218774239 |
| 143 | Silent Mary Fashion | Temu | 634418219029690 |
| 144 | Smart Sphere A | Temu | 634418220093780 |
| 145 | Snugglew | Temu | 634418219466631 |
| 146 | SO GIFTS | Temu | 634418218562576 |
| 147 | South Fashion | Temu | 634418218681361 |
| 148 | Spiritual Fashion | Temu | 634418223856152 |
| 149 | STARRY TREND | Temu | 634418219791944 |
| 150 | Style Edge Center | Temu | 634418217450793 |
| 151 | SunMenTee | Temu | 634418223778860 |
| 152 | Sweet Dreams TT | Temu | 634418219609684 |
| 153 | Tanhua | Temu | 634418213978934 |
| 154 | Tee Crossroads | Temu | 634418220129141 |
| 155 | TeeRogue | Temu | 634418218202975 |

| | | | |
|---|---|---|---|
| 156 | THTEE TWO | Temu | 634418220106933 |
| 157 | TianKo | Temu | 634418223759257 |
| 158 | Tide FrontStudio | Temu | 634418220210885 |
| 159 | Tide Tribe studio | Temu | 634418220213055 |
| 160 | Tiger Red | Temu | 634418218687857 |
| 161 | Treasure Local | Temu | 634418217277101 |
| 162 | Trendy hat supermarket | Temu | 634418220017043 |
| 163 | TrueNorth Shopping | Temu | 634418219170452 |
| 164 | TShirt Fashionista | Temu | 634418218331396 |
| 165 | TThotshopping | Temu | 634418220856910 |
| 166 | unattended | Temu | 634418218850324 |
| 167 | Unique designs | Temu | 634418213057684 |
| 168 | Unique TeeCraft | Temu | 634418218776413 |
| 169 | Unstd D | Temu | 634418220169613 |
| 170 | UrbansVogue | Temu | 634418218900523 |
| 171 | UUJDPP | Temu | 634418220562442 |
| 172 | Wardrobe Whisper | Temu | 634418219611460 |
| 173 | Wavelet Tshirt | Temu | 634418224347000 |
| 174 | Wei Ta Three | Temu | 634418212458431 |
| 175 | WGOKLOER | Temu | 634418218508642 |
| 176 | White Freesia | Temu | 634418219131170 |
| 177 | WJGFJGICVNN | Temu | 634418220192982 |
| 178 | Wonderful Attire | Temu | 634418219623785 |
| 179 | WQYHSCC | Temu | 634418221756959 |
| 180 | WTY TOP | Temu | 634418214185215 |
| 181 | WUXHS | Temu | 634418218957462 |
| 182 | xingyaohuaguangK | Temu | 634418220244432 |
| 183 | xinyaohuaguangG | Temu | 634418219125907 |
| 184 | Xiubei Rabbit fifteen | Temu | 634418220023647 |
| 185 | XSSM Plus | Temu | 634418216715586 |
| 186 | Yafeiko | Temu | 634418218780310 |
| 187 | yangqingyG | Temu | 634418224096071 |
| 188 | Yellow Freesia | Temu | 634418219131212 |
| 189 | YI LU FA | Temu | 634418213572988 |
| 190 | YLX Fashions | Temu | 634418209684396 |
| 191 | Yuan Mu Mu Clothing | Temu | 634418220058116 |
| 192 | Yun Ming one | Temu | 634418220459980 |
| 193 | Zaylin | Temu | 634418221147468 |
| 194 | ZenithStar | Temu | 634418216237614 |
| 195 | ZMHTTI | Temu | 634418222060629 |
| 196 | ZPYXclothing | Temu | 634418218591639 |

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 26-cv-5428

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Defendants listed on Schedule A attached

was received by me on *(date)* 07/29/2026 .

❒ I personally served the summons on the individual at *(place)* __________ on *(date)* __________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* __________ , a person of suitable age and discretion who resides there, on *(date)* __________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* __________ , who is designated by law to accept service of process on behalf of *(name of organization)* __________ on *(date)* __________ ; or

❒ I returned the summons unexecuted because __________ ; or

✔ Other *(specify)*: On July 20, 2026, someone working under my supervision served Defendants via email, including a URL with true and correct copies of the Complaint along with all exhibits, and the Order to Show Cause for Preliminary Injunction and Temporary Restraining Order. On July 31, 2026, the stamped copy of the summons was uploaded to said URL and served on Defendants electronically.

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/09/2026

/s/Shengmao Mu
*Server's signature*

Shengmao Mu, Attorney
*Printed name and title*

57 West 57th Street
3rd and 4th Floors
New York, NY 10019
*Server's address*

Additional information regarding attempted service, etc: